| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Illston, Susan Y. | 2. Court or Organization U.S. District Court, N.D. Cal. | 3. Date of Report 07/03/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge- Senior | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2017 to 12/31/2017 |
| 7. Chambers or Office Address U.S. District Court 450 Golden Gate Avenue San Francisco, CA 94102 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Governors | Association of Business Trial Lawyers, Northern California |
| 2. | Custodian | Children's Insurance Policies |
| 3. | Custodian | Children's Annuities |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association—Section of Antitrust Law | 3/28/17-3/31/17 | Washington, DC | Educational seminar or program | Travel, food, and lodging reimbursement |
| 2. | American Bar Association—Section of Antitrust Law | 5/2/17-5/9/17 | Amsterdam, The Netherlands | Educational seminar or program | Travel, food, and lodging reimbursement |
| 3. | Duke Law Center for Judicial Studies | 7/20/17-7/25/17 | New York, NY | Educational seminar or program | Travel, food, and lodging reimbursement |
| 4. | | | | | |
| 5. | | | | | |

| | | |
|---|---|---|
| Name of Person Reporting | | Date of Report |
| Illston, Susan Y. | | 07/03/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase | Credit Cards | J |
| 2. | Citibank | Credit Cards | J |
| 3. | Schwab Bank | Credit Cards | J |
| 4. | Wells Fargo | Credit Cards | J |
| 5. | American Express | Credit Cards | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Illston, Susan Y. | 07/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ]  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. I. Schwab Inst'l Rollover IRA | | | | | | | | | |
| 2. Aberdeen Emerging Markets Fund | | None | K | T | | | | | |
| 3. Advance Auto Parts | | None | K | T | Buy | 11/13/17 | J | | |
| 4. Akre Focus Fund | | None | J | T | | | | | |
| 5. Alphabet, Inc. | | None | K | T | Sold (part) | 08/17/17 | K | D | |
| 6. Capital One | A | Dividend | K | T | Sold (part) | 03/03/17 | K | D | |
| 7. Comcast | A | Dividend | K | T | | | | | |
| 8. Devon Energy | | None | K | T | | | | | |
| 9. Dodge & CDX Income Fund | B | Dividend | L | T | Buy | 03/01/17 | K | | |
| 10. Dodge & CDX International | | None | K | T | | | | | |
| 11. Dollar Tree | | None | | | Buy | 08/10/17 | J | | |
| 12. | | | | | Sold | 11/14/17 | J | A | |
| 13. General Electric | A | Dividend | K | T | Buy | 03/03/17 | K | | |
| 14. | | | | | Buy | 11/28/17 | K | | |
| 15. General Motors | A | Dividend | J | T | Sold (part) | 11/03/17 | J | C | |
| 16. GS Bond Fund Inst | A | Dividend | K | T | Buy | 01/27/17 | K | | |
| 17. Halliburton | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Illston, Susan Y. | 07/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Harbor Cap Appreciation Fund | A | Dividend | K | T | Sold (part) | 10/20/17 | J | D | |
| 19. Harbor International Fund | A | Dividend | K | T | | | | | |
| 20. Ishares Biotech Fund | A | Dividend | K | T | | | | | |
| 21. JPN Int'l Unconstrained Fund | | None | K | T | Buy | 06/06/17 | K | | |
| 22. Johnson & Johnson | B | Dividend | K | T | Sold (part) | 10/20/17 | J | D | |
| 23. Loomis Sayles Bond Fund | A | Dividend | K | T | Sold (part) | 02/06/17 | J | D | |
| 24. | | | | | Sold | 03/15/17 | K | E | |
| 25. Lord Abbett Bond | A | Dividend | | | Sold | 09/21/17 | K | E | |
| 26. Matthews China Small Company Fund | | None | | | Sold | 02/24/17 | J | D | |
| 27. Matthews Asia Pacific Fund | B | Dividend | K | T | Buy | 02/24/17 | K | | |
| 28. Matthews Pacific Tiger Fund | A | Dividend | K | T | | 03/03/17 | | | |
| 29. Metlife | A | Dividend | K | T | | | | | |
| 30. Microsoft | A | Dividend | K | T | Sold (part) | 09/16/17 | J | C | |
| 31. | | | | | Sold (part) | 09/27/17 | J | C | |
| 32. Mylan NV | | None | J | T | Buy | 08/18/17 | J | | |
| 33. Oaktree Cap. Group | B | Dividend | K | T | | | | | |
| 34. Oracle Corp. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Illston, Susan Y. | 07/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Osterweis Strategic Inc. Fund | B | Dividend | K | T | Buy | 10/03/17 | K | | |
| 36. Range Resources | | None | J | T | Buy | 09/12/17 | J | | |
| 37. Schlumberger LTD | A | Dividend | K | T | | | | | |
| 38. Schwab Advisor Standard (Cash) | A | Dividend | K | T | | | | | |
| 39. Teva Pharm. | A | Dividend | J | T | Buy | 01/06/17 | J | | |
| 40. | | | | | Buy | 05/23/17 | J | | |
| 41. | | | | | Sold | 05/04/17 | J | A | |
| 42. TJX Companies | | None | J | T | Buy | 09/29/17 | J | | |
| 43. | | | | | | 11/13/17 | J | | |
| 44. Tweedy Browne Global | A | Dividend | | | Sold | 06/06/17 | K | E | |
| 45. Walt Disney | A | Dividend | K | T | Buy | 06/16/17 | J | | |
| 46. | | | | | Buy | 09/07/17 | J | | |
| 47. Wells Fargo & Co. | B | Dividend | K | T | | | | | |
| 48. II. Schwab One Brokerage Inst'l | | | | | | | | | |
| 49. Akre Focus Fund | | None | J | T | | | | | |
| 50. Allergan Inc. | A | Dividend | J | T | Buy | 11/29/17 | J | | |
| 51. Antero Resources | | None | | | Sold (part) | 03/10/17 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Illston, Susan Y. | 07/03/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 09/08/17 | J | D | |
| 53. | | | | | Sold | 09/12/17 | J | D | |
| 54. Apple Computer | A | Dividend | K | T | Sold (part) | 08/01/17 | J | C | |
| 55. | | | K | T | Sold (part) | 08/16/17 | J | C | |
| 56. Baron Emerg. Mrkt. | | None | K | T | | | | | |
| 57. First Eagle Gold FD | | None | K | T | Buy | 01/27/17 | J | | |
| 58. | | | | | Buy | 03/09/17 | J | | |
| 59. | | | | | Buy | 11/16/17 | K | | |
| 60. General Motors | A | Dividend | J | T | | | | | |
| 61. GS MLP Energy Infrastructure Fund | A | Dividend | K | T | Buy | 03/31/17 | K | | |
| 62. Intel Corp | | None | K | T | Buy | 11/29/17 | J | | |
| 63. | | | | | Buy | 09/05/17 | J | | |
| 64. | | | | | Buy | 12/08/17 | J | | |
| 65. Kinder Morgan Inc. | A | Dividend | J | T | Buy | 03/03/17 | J | | |
| 66. | | | | | Sold (part) | 11/30/17 | J | C | |
| 67. Oaktree Cap. Grp. | | | | | Sold | 12/28/16 | K | E | |
| 68. | | | | | Sold | 12/28/16 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Illston, Susan Y. | 07/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Pear Tree Polaris | A | Dividend | K | T | | | | | |
| 70. Qualcomm | A | Dividend | K | T | Sold (part) | 09/05/17 | J | D | |
| 71. | | | | | Sold (part) | 11/08/17 | J | C | |
| 72. Range Resources | | None | J | T | Buy | 03/10/17 | J | | |
| 73. | | | | | Buy | 09/08/17 | J | | |
| 74. Schwab Muni Money Fund | A | Dividend | L | T | | | | | |
| 75. Time Warner | | None | | | Sold | 01/05/17 | J | E | |
| 76. Weyerhaeuser Co | A | Dividend | J | T | Buy | 08/17/17 | J | | |
| 77. | | | | | | 09/01/17 | J | | |
| 78. Williams Co. | | None | J | T | Buy | 11/30/17 | J | | |
| 79. III. Schwab SEP IRA | | | | | | | | | |
| 80. Apple Computer | A | Dividend | K | T | | | | | |
| 81. Baird Core Plus Bond Indust | A | Dividend | K | T | Buy | 03/15/17 | K | | |
| 82. Baron Emerging Markets | | None | K | T | | | | | |
| 83. Schwab Cash Reserves Money Market Account | A | Dividend | K | T | | | | | |
| 84. T Rowe Price Inst. | B | Dividend | L | T | | | | | |
| 85. IV. Schwab Living Trust | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Illston, Susan Y. | 07/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. DOMIX | B | Dividend | L | T | Buy (add'l) | 06/24/16 | J | | |
| 87. DSI | A | Dividend | K | T | Sold (part) | 11/16/16 | J | A | |
| 88. PARMX | A | Dividend | K | T | | | | | |
| 89. PRBLX | A | Dividend | K | T | Buy (add'l) | 06/24/16 | J | | |
| 90. PXWIX | A | Dividend | K | T | | | | | |
| 91. SWZXX (Cash Reserves Money Market Fund) | A | Dividend | J | T | | | | | |
| 92. VFTSX | A | Dividend | L | T | | | | | |
| 93. Citibank Account | A | Interest | N | T | | | | | |
| 94. Northwestern Mutual Life Insurance Assets | | | | | | | | | |
| 95. Northwestern Mutual Life Annuity, fixed | A | Interest | M | T | | | | | |
| 96. Northwestern Mutual Life Children's Insurance, whole life | | None | N | T | | | | | |
| 97. Northwestern Mutual Life Children's Annuities, fixed | D | Distribution | L | T | | | | | |
| 98. Northwest Mutual Life Insurance Trust | | None | P1 | T | | | | | |
| 99. Chase Bank Account | A | Interest | O | T | | | | | |
| 100. Wells Fargo Bank Account | A | Interest | K | T | | | | | |
| 101. Provident Federal Credit Union | A | Interest | O | T | | | | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Illston, Susan Y. | 07/03/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Oaktree Cap Grp (Entry 67), was sold 12/28/16. This transaction was inadvertently omitted from the 2016 Report.

Part VII, line 98: Northwest Mutual Life Insurance Trust-- no reportable assets in the trust.

In amending the 2017 report, we also identified and made several additional corrections. These are:

Part VII, Dollar Tree (Entry 11)-- Column C should be blank.
Part VII, Mylan NV (Entry 32)-- Column B(1) should be blank.
Part VII, Antero Resources (Entries 51 and 52)-- Column D(1) should be Sold (part).
Part VII, Apple Computer (Entry 55)-- Column D(1) should be Sold (part).
Part VII, Kinder Morgan, Inc. (Entry 66)-- Column D(1) should be Sold (part).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Susan Y. Illston**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544